10/08/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

*held*

OCTOBER 22, 2003

5:00 P.M.   *5:00 - 5:15*

PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
869-240-2635

CASE NO.  3-00-cv-2393 Key Trust Co of Ohio v Rx Remedy, Inc

COUNSEL OF RECORD:

| | |
|---|---|
| Elizabeth K. Andrews | Tyler Cooper & Alcorn, Cityplace-35Th Floor, Hartford, CT 860-725-6200 |
| William S. Fish Jr. | Tyler Cooper & Alcorn, Cityplace-35Th Floor, Hartford, CT 860-725-6200 |
| Peter S. Olson | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| James T. Shearin | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK