

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| KEY TRUST COMPANY OF OHIO, NATIONAL ASSOCIATION | CIVIL ACTION NO. 3:00cv02393 (CFD) |
|---|---|
| PLAINTIFF | |
| VS. | |
| RX REMEDY, INC. AND KARAMJEET S. PAUL | October 30, 2003 |
| DEFENDANT | |

### MOTION ON CONSENT TO ENLARGE ORDER

The plaintiff Key Trust Company of Ohio, National Association, with the consent of the defendant Karamjeet Paul, hereby moves that the Court enlarge by seven (7) days the time provided in the telephonic status conference held on October 22, 2003 to file a stipulation for dismissal, from October 31, 2003 to November 7, 2003.

Counsel for Rx Remedy has indicated that the final release is in the mail to him, and expects that he will be able to deliver a check to counsel for Key Trust by Tuesday, November 4, 2003. As such, the parties mutually request that the Court enlarge the time to complete this process until November 7, 2003.

WHEREFORE, for the foregoing reasons, the plaintiff respectfully requests that the court grant this motion.

KEY TRUST COMPANY OF OHIO,
NATIONAL ASSOCIATION

By _____
James T. Shearin, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000
Facsimile (203) 576-8888
Its attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on October 30, 2003 to all counsel and pro se parties of record.

For the defendant RX REMEDY, INC:

No appearance; bankruptcy stay in place. Service is made upon Rx Remedy, Inc.'s bankruptcy counsel for informational purposes only:

James Berman, Esq.
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT  06605-0186
(203) 368-4234
Facsimile (203) 367-9678

For the defendant KARAMJEET S. PAUL:

William S. Fish, Jr.
W. Joe Wilson
Tyler, Cooper & Alcorn LLP
185 Asylum Street
Hartford, CT  06103-3488
(860) 725-6207
Facsimile (860) 278-3802

Peter S. Olson
Fed. Bar No. ct 16149

BPRT/59494.1/PSO/472242v1

-3-