FILED
2003 NOV -6 A 11:26
US DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

KEY TRUST COMPANY OF OHIO, NATIONAL ASSOCIATION

PLAINTIFF

VS.

RX REMEDY, INC. AND KARAMJEET S. PAUL

DEFENDANT

CIVIL ACTION NO. 3:00cv02393 (CFD)

October 9, 2003

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41 (a) (1), it is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear its own costs. Pursuant to Fed. R. Civ. P. Rule 41 (c) and Rule 41 (a) (1), it is further stipulated that all counterclaims, cross-claims and third-party claims filed in the above captioned action by any party thereto may also be dismissed with prejudice, each party to bear its own costs. This stipulation is executed by counsel for each party as designated below, acting on behalf of each party.

THE PLAINTIFF
KEY TRUST COMPANY OF OHIO, NATIONAL ASSOCIATION

By ______________________
James T. Shearin, Fed. Bar No. ct 01326
Peter S. Olson, Fed. Bar No. ct 16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
(203) 330-2000 Juris No. 47892
Facsimile (203) 576-8888
Its attorneys

THE DEFENDANT
RX REMEDY, INC:

By ______________________
Matthew Beatman, Fed. Bar No. ct 08923
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
Facsimile (203) 367-9678

THE DEFENDANT
KARAMJEET S. PAUL:

By [signature]

William S. Fish, Jr. , Fed. Bar No. ct 05349
fish@tylercooper.com
W. Joe Wilson, Fed. Bar No. ct 22292
jwilson@tylercooper.com
Tyler, Cooper & Alcorn LLP
185 Asylum Street
Hartford, CT 06103-3488
(860) 725-6207
Facsimile (860) 278-3802

**CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on ~~the date hereon~~ November 5, 2003 to all counsel and pro se parties of record.

For the defendant RX REMEDY, INC:

Matthew Beatman
Zeisler & Zeisler, P. C.
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
Facsimile (203) 367-9678

For the defendant KARAMJEET S. PAUL:

William S. Fish, Jr.
W. Joe Wilson
Tyler, Cooper & Alcorn LLP
185 Asylum Street
Hartford, CT 06103-3488
(860) 725-6207
Facsimile (860) 278-3802

Peter S. Olson
Fed. Bar No. ct 16149

BPRT/59494.1/EA/461362v1