FILED
2003 NOV -6 A 11: 26
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| KEY TRUST COMPANY OF OHIO, NATIONAL ASSOCIATION | CIVIL ACTION NO. 3:00cv02393 (CFD) |
|---|---|
| PLAINTIFF | |
| VS. | |
| RX REMEDY, INC. AND KARAMJEET S. PAUL | |
| DEFENDANT | October 9, 2003 |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41 (a) (1), it is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear its own costs. Pursuant to Fed. R. Civ. P. Rule 41 (c) and Rule 41 (a) (1), it is further stipulated that all counterclaims, cross-claims and third-party claims filed in the above captioned action by any party thereto may also be dismissed with prejudice, each party to bear its own costs. This stipulation is executed by counsel for each party as designated below, acting on behalf of each party.

**ORDERED ACCORDINGLY**
**KEVIN F. ROWE**
Clerk, U.S. District Court
By _/s/ A. Montgomery_
Deputy Clerk