UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEY TRUST COMPANY OF OHIO, NATIONAL ASSOCIATION<br><br>PLAINTIFF<br><br>VS.<br><br>RX REMEDY, INC. AND KARAMJEET S. PAUL<br><br>DEFENDANT | CIVIL ACTION NO.<br>3:00cv02393 (CFD)<br><br><br><br>October 30, 2003 |

### MOTION ON CONSENT TO ENLARGE ORDER

The plaintiff Key Trust Company of Ohio, National Association, with the consent of the defendant Karamjeet Paul, hereby moves that the Court enlarge by seven (7) days the time provided in the telephonic status conference held on October 22, 2003 to file a stipulation for dismissal, from October 31, 2003 to November 7, 2003.

Counsel for Rx Remedy has indicated that the final release is in the mail to him, and expects that he will be able to deliver a check to counsel for Key Trust by Tuesday, November 4, 2003. As such, the parties mutually request that the Court enlarge the time to complete this process until November 7, 2003.